*Note from Jenn: signatures on PDF*

BRADLEY S. THOMAS (SB# 78946) brad@masonthomas.com
JOHN C. BRIDGES (SB# 248553) john@masonthomas.com
MASON * THOMAS
Attorneys at Law
2840 Fifth Street
Davis, CA  95618-7759
Telephone: (530) 757-0883
Facsimile: (530) 757-0895

Attorneys for Plaintiff
ERIC W. WOODWORTH

E. JEFFREY GRUBE (SB# 167324)
JEFFREY P. MICHALOWSKI (SB# 248073)
BRITTANY STEVENS (SB# 268094)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA  94105-3441
Telephone:  (415) 856-7000
Facsimile:  (415) 856-7100
jeffgrube@paulhastings.com
jeffmichalowski@paulhastings.com
brittanystevens@paulhastings.com

Attorneys for Defendant
INTERNATIONAL BUSINESS MACHINES CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(SACRAMENTO DIVISION)

| | |
|---|---|
| ERIC W. WOODWORTH,<br><br>           Plaintiff,<br><br>     vs.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>           Defendant. | CASE NO. 2:10-CV-00909-KJM-JFM<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER** |

CASE NO. 2:10-CV-00909-FCD-JFM                                        JOINT STIPULATION OF DISMISSAL
                                                                                                             AND ORDER

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Eric Woodworth and Defendant International Business Machines Corporation stipulate to voluntarily dismiss with prejudice the above-captioned action and with each party to bear its own costs and attorneys' fees.

IT IS SO STIPULATED.

DATED: February 9, 2011

BRADLEY S. THOMAS
MASON * THOMAS

Counsel for Plaintiff
Eric Woodworth

DATED: February 9, 2011

E. JEFFREY GRUBE
PAUL, HASTINGS, JANOFSKY & WALKER LLP

Counsel for Defendant
International Business Machines Corporation

### ORDER

Based upon the foregoing stipulation and good cause appearing, the Court hereby orders that the above-captioned action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1) with each party to bear its own costs and attorneys' fees.

DATED: February 14, 2011.

_____
UNITED STATES DISTRICT JUDGE

LEGAL_US_W # 67170966.1

CASE NO. 2:10-CV-00909-FCD-JFM                    JOINT STIPULATION OF DISMISSAL AND ORDER